UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

                Petitioner,

– against –

TRIANGLE ENTERPRISE NYC, INC.,

                Respondent.

**ORDER**

24-cv-06498 (ER)

RAMOS, D.J.:

    Petitioner has moved for summary judgment on its petition to confirm arbitration. Doc. 11. Triangle Enterprise shall respond to the motion by November 6, 2024. Petitioner shall reply by November 13, 2024. If Triangle Enterprise fails to respond, the Court will treat the motion as unopposed.

    Petitioner is directed to serve a copy of this order on Triangle Enterprise by October 21, 2024, and to file proof of service on the docket.

It is SO ORDERED.

Dated:   October 16, 2024
            New York, New York

                                            EDGARDO RAMOS, U.S.D.J.