**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DISTRICT COUNCIL OF NEW
YORK CITY AND VICINITY OF
THE UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF
AMERICA,

                 Petitioner,                 24 **CIVIL** 6498 (ER))

    -against-                           **JUDGMENT**

TRIANGLE ENTERPRISE NYC, INC.,

                 Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion & Order dated June 9, 2025, the petition to confirm the Award is GRANTED. The Clerk of Court is respectfully directed to enter judgment in favor of District Council in the amount of $9,939.46, consisting of: (1) the $5,776.96 in total granted in the Award, plus prejudgment interest from the date of the Award (May 28, 2024) until the date of entry of final judgment, at a rate of 9% amounting in total interest of $538.44; (2) $850 in Arbitrator's fee; (3) $2,490 in attorney fees; and (4) $822.50 in costs. Accordingly, the case is closed.

**Dated**: New York, New York

      June 10, 2025

                                                  **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

**BY:**                                              */s/*

                                                        **Deputy Clerk**